AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

<u>WESTERN</u> DIVISION

## NOTICE OF APPEARANCE

ROBERT S. HARMON, on behalf of himself and all others similarly situated, PLAINTIFF
v.
NVIDA CORPORATION; ATI TECHNOLOGIES, INCL; and ADVANCED MICRO DDEVICES, INC., DEFENDANTS

Case No: 4:07-CV-0214   SWW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ATI TECHNOLOGIES, INC. and ADVANCED MICRO DEVICES, INC.

I certify that I am admitted to practice in this court.

April 2, 2007
Date

*Kathlyn Graves* (signature)
Signature

Kathlyn Graves
Print Name

76045
Bar Number

425 W. Capitol Ave., Suite 1800
Address

Little Rock      AR       72201-3525
City             State    Zip Code

501-688-8831
Phone Number

kgraves@mwsgw.com
E-Mail

CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

• John G. Emerson
john@emersonpoynter.com,tanya@emersonpoynter.com

• Christopher D. Jennings
cjennings@emersonpoynter.com

• Scott E. Poynter
Scott@emersonpoynter.com,Michelle@emersonpoynter.com,
swilson@emersonpoynter.com

/s/ Kathlyn Graves
Name: Kathlyn Graves
Bar Number: 76045
Attorney for: ATI Technologies, Inc.; Advanced Micro Devices, Inc.
Law Firm Name: Mitchell Williams Law Firm
Law Firm Address: 425 W. Capitol Ave., Suite 1800
City State ZIP: Little Rock    AR 72201-3525
Phone Number: 501-688-8831
Email Address: kgraves@mwsgw.com