IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT S. HARMON, on behalf of
himself and all others similarly situated                                                    PLAINTIFF

vs.                              NO.   4:07-CV-0214   SWW

NVIDIA CORPORATION;
ATI TECHNOLOGIES, INC.; and
ADVANCED MICRO DEVICES, INC.                                                       DEFENDANTS

## STIPULATION AND UNOPPOSED MOTION EXTENDING TIME TO RESPOND TO COMPLAINT

Plaintiff Robert S. Harmon and Defendants Nvidia Corporation ("Nvidia"), ATI Technologies ULC and Advanced Micro Devices Inc. (collectively "AMD") stipulate and agree as follows to extend the time to respond to the complaint on file in this action.

1.      On March 14, 2007, Plaintiff filed the complaint, which alleges claims under Section 1 of the Sherman Act, 15 U.S.C. § 1, and state law. Plaintiff has styled the complaint as a putative class action.

2.      As of the date of this stipulation, at least 43 other complaints have been filed in other judicial districts. All of these complaints allege federal antitrust claims and/or state law antitrust claims against Nvidia and AMD. Each complaint is styled as a putative class action.

3.      As of the date of this stipulation, at least 33 similar stipulations extending the time to respond to the complaint have been filed in other jurisdictions.

4.      On December 8, 2006, Plaintiffs in some of these other actions collectively filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML") to transfer and consolidate

LA\1704821.1
1053412.1

in the Northern District of California, all existing and subsequently filed antitrust actions related to the claims alleged in the complaint.

5. On January 16, 2007, Nvidia and AMD filed a response with the JPML proposing that the Panel consolidate these actions in the Northern District of California, San Jose Division, or in the alternative, in the Northern District of California, San Francisco Division. To date, every party responding to the JPML motion has supported transfer and consolidation. No party has opposed consolidation and transfer.

6. Oral argument on the JPML motion took place on March 29, 2007, in San Antonio, Texas. The parties agree that the JPML is likely to order transfer and consolidation of these actions.

7. In light of the multiplicity of complaints on file and the pending motion before the JPML, the parties consent and agree to extend the time for Nvidia and AMD to answer or otherwise respond to the complaint to 30 days after (1) the order resolving the JPML motion, and (2) the filing and service of any subsequent consolidated complaint, without prejudice to the right of Nvidia or AMD to seek additional time to answer or otherwise respond to the complaint for good cause shown.

8. In accordance with Local Rule 6.2(b), counsel for AMD conferred with counsel for Plaintiff prior to filing this stipulation and motion and was advised that Plaintiff consents to

2

and believes there is good cause for the relief requested in this stipulation and motion and the entry of the attached proposed order.

Respectfully submitted,

/s/ Kathlyn Graves
Kathlyn Graves
Arkansas Bar No. 76045

MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201-3525
Phone: 501-688-8800
Fax: 501-688-8807
E-mail: kgraves@mwsgw.com

**Attorneys for Defendants**
**ATI Technologies ULC and**
**Advanced Micro Devices, Inc.**


/s/ H. William Allen
H. William Allen
Arkansas Bar No. 69001

ALLEN LAW FIRM
212 Center Street, 9th Floor
Little Rock, AR 72201
Phone: 501-374-7100
Fax: 501-374-1611
Email:

**Attorneys for Defendant NVIDIA Corporation**

/s/ Christopher D. Jennings
Scott E. Poynter
Christopher D. Jennings
EMERSON POYNTER LLP
500 President Clinton Ave., Suite 305
Little Rock, AR 72201
Phone: 501-907-2555
Fax: 501-907-2556
Email: scott@emersonpoynter.com
cjennings@emersonpoynter.com

John G. Emerson
EMERSON POYNTER LLP
830 Appollo Lane
Houston, TX 77058
Phone: 281-488-8854
Fax: 281-488-8867
Email: john@emersonpoynter.com

**Attorneys for Plaintiff and the Alternative Classes**

# CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

- **John G. Emerson**
  john@emersonpoynter.com,tanya@emersonpoynter.com

- **Christopher D. Jennings**
  cjennings@emersonpoynter.com

- **Scott E. Poynter**
  Scott@emersonpoynter.com,Michelle@emersonpoynter.com,
  swilson@emersonpoynter.com

/s/ Kathlyn Graves
Kathlyn Graves
Arkansas Bar No. 76045
Attorneys for Defendant

MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201
Phone: 501-688-8800
Fax: 501-688-8807
E-mail: kgraves@mwsgw.com