# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

ROBERT S. HARMON                                        PLAINTIFF(S)

VS.                              NO. 4:07CV00214 SWW

NVIDIA CORPORATION, ET AL                              DEFENDANT(S)

## INITIAL SCHEDULING ORDER

The following deadlines and proposals are in effect:

**(1) Rule 26(f) Conference Deadline:   <u>Friday, June 8, 2007</u>**

The parties are jointly responsible for holding their Rule 26(f) conference on or before Friday, June 8, 2007.

**(2) Rule 26(f) Report Due Date:       <u>Friday, June 22, 2007</u>**

Consult FRCP 26(f) and Local Rule 26.1 for information to be included in the Rule 26(f) Report.  The Report should be filed with the Clerk of Court.

**(3) Proposed Trial Date:         <u>Monday, July 28, 2008, 9:30 a.m.</u>**
**<u>500 West Capitol, Room 1D</u>**
**<u>Little Rock, AR 72201</u>**

**(4)  Rule  16(b)  Conference  (if  needed): <u>Tuesday,  June  26,  2007,  at</u>**
**<u>1:00 p.m.</u>**

A telephone conference will be held on June 26, 2007, at 1:00 p.m., if needed, to resolve any conflicts among the parties with deadlines, the proposed trial date, mandatory disclosures, etc.  If the parties can agree on all issues in the Rule 26(f) Report and the trial date proposed by the Court, then the telephone conference scheduled for Tuesday, June 26, 2007, will be unnecessary.

- 2 -

**(5) Final Scheduling Order**:     <u>**Will be issued on or before June 29, 2007**</u>

     A Final Scheduling Order will be issued on or before June 29, 2007, confirming the jury trial date of July 28, 2008, setting deadlines, and resolving any disputes taken up at the telephone conference.

                          AT THE DIRECTION OF THE COURT
                          James W. McCormack, Clerk


                          */s/Sandy Carpenter*
                              Deputy Clerk
                              (501)604-5104