IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT S. HARMON, on behalf of
himself and all others similarly situated                                    PLAINTIFF

vs.                           NO.  4:07-CV-0214  SWW

NVIDIA CORPORATION;
ATI TECHNOLOGIES, INC.; and
ADVANCED MICRO DEVICES, INC.                                            DEFENDANTS

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
## ATI TECHNOLOGIES, ULC

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant ATI Technologies ULC discloses that Advanced Micro Devices, a publicly held company, is the ultimate parent company of ATI Technologies ULC and no other public company owns 10% or more of the intermediate subsidiaries.

Respectfully submitted,

/s/ Kathlyn Graves
Kathlyn Graves
Arkansas Bar No.   76045

MITCHELL, WILLIAMS, SELIG, GATES &
WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201-3525
Phone: 501-688-8800
Fax: 501-688-8807
E-mail: kgraves@mwsgw.com

**Attorneys for Defendant**
**ATI Technologies ULC**

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

- **John G. Emerson**
  john@emersonpoynter.com,tanya@emersonpoynter.com

- **Kathlyn Graves**
  kgraves@mwsgw.com,cziege@mwsgw.com

- **Christopher D. Jennings**
  cjennings@emersonpoynter.com

- **Scott E. Poynter**
  Scott@emersonpoynter.com,Michelle@emersonpoynter.com,
  swilson@emersonpoynter.com

/s/ Kathlyn Graves
Kathlyn Graves
Arkansas Bar No. 76045
Attorneys for Defendant

MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201
Phone: 501-688-8800
Fax: 501-688-8807
E-mail: kgraves@mwsgw.com

2

1053946.1

LA\1706188.1