IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT S. HARMON, on behalf of
himself and all others similarly situated

          PLAINTIFF

VS.        NO. 4:07-CV-0214 SWW

NVIDIA CORPORATION;
ATI TECHNOLOGIES, INC.; and
ADVANCED MICRO DEVICES, INC.        DEFENDANTS

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for **NVIDIA CORPORATION**.

    I certify that I am admitted to practice in this Court.

Date: April 4, 2007

                                               H. William Allen
                                               Arkansas Bar No. 69001
                                               Attorneys for Defendant, Nvidia Corporation

                                               ALLEN LAW FIRM, P.C.
                                               212 Center Street, 9th Floor
                                               Little Rock, AR 72201
                                               Phone: 501-374-7100
                                               Fax: 501-374-1611
                                               E-mail: hwallen@allenlawfirmpc.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 4, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Kathlyn Graves, Esq.
kgraves@mwsgw.com

Scott E. Poynter, Esq.
Scott@emersonpoynter.com

John G. Emerson, Esq.
john@emersonpoynter.com

Christopher D. Jennings, Esq.
cjennings@emersonpoynter.com

                                                 /s/ H. William Allen
                                               H. William Allen
                                               Arkansas Bar No. 69001
                                               Attorneys for Defendant

                                               ALLEN LAW FIRM, P.C.
                                               212 Center Street, 9th Floor
                                               Little Rock, AR 72201
                                               Phone: 501-374-7100
                                               Fax: 501-374-1611
                                               E-mail: hwallen@allenlawfirmpc.com