IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT S. HARMON, on behalf of
himself and all others similarly situated

                                                                                 PLAINTIFF

VS.                 NO. 4:07-CV-0214 SWW

NVIDIA CORPORATION;
ATI TECHNOLOGIES, INC.; and
ADVANCED MICRO DEVICES, INC.                         DEFENDANTS

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NVIDIA CORPORATION

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Nvidia Corporation discloses that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

                                            Respectfully submitted,

                                            /s/ H. William Allen
                                            H. William Allen
                                            Arkansas Bar No. 69001

                                            ALLEN LAW FIRM, P.C.
                                            212 Center Street, 9th Floor
                                            Little Rock, AR 72201
                                            Phone: 501-374-7100
                                            Fax: 501-374-1611
                                            E-mail: hwallen@allenlawfirmpc.com

                                            **Attorneys for Defendant**
                                            **Nvidia Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Kathlyn Graves, Esq.
kgraves@mwsgw.com

Scott E. Poynter, Esq.
Scott@emersonpoynter.com

John G. Emerson, Esq.
john@emersonpoynter.com

Christopher D. Jennings, Esq.
cjennings@emersonpoynter.com

/s/ H. William Allen
H. William Allen
Arkansas Bar No. 69001
Attorneys for Defendant

ALLEN LAW FIRM, P.C.
212 Center Street, 9th Floor
Little Rock, AR 72201
Phone: 501-374-7100
Fax: 501-374-1611
E-mail: hwallen@allenlawfirmpc.com