A CERTIFIED TRUE COPY

MAY 14 2007

ATTEST

FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 29 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APR 26 2007

FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 04 2007

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

*07-cv-1826 WHA*
*DOCKET NO. 1826*

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION

(SEE ATTACHED SCHEDULE)    *4:07cv 214- SWW*

### CONDITIONAL TRANSFER ORDER (CTO-1)

On April 18, 2007, the Panel transferred one civil action to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.2d_ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable William H. Alsup.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Alsup.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of April 18, 2007, and, with the consent of that court, assigned to the Honorable William H. Alsup.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 14 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By Vicki Turner D.C.

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By _____
Deputy Clerk
Date 5/29/0

*10*