BD, CLOSED, JURY, MDL, TRANSO

## U.S. District Court
### Eastern District of Arkansas (Little Rock)
### CIVIL DOCKET FOR CASE #: 4:07-cv-00214-SWW
### Internal Use Only

Harmon v. Nvidia Corporation et al
Assigned to: Judge Susan Webber Wright
Cause: 28:1337 Sherman-Clayton Act

Date Filed: 03/14/2007
Date Terminated: 06/04/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**Robert S Harmon**
*on behalf of himself and all others similarly situated*

represented by **Christopher D. Jennings**
Emerson Poynter LLP - Little Rock
The Museum Center
500 President Clinton Avenue
Suite 305
Little Rock, AR 72201
501-907-2555
Fax: 501-907-2556
Email: cjennings@emersonpoynter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John G. Emerson**
Emerson Poynter LLP - Houston
830 Apollo Lane
Houston, TX 77058
501-907-2555
Email: john@emersonpoynter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott E. Poynter**
Emerson Poynter LLP - Little Rock
The Museum Center
500 President Clinton Avenue
Suite 305
Little Rock, AR 72201
501-907-2555
Fax: 501-907-2556
Email: Scott@emersonpoynter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By Vicki Turner D.C.

V.
**Defendant**

Nvidia Corporation                    represented by **H. William Allen**
                                                     Allen Law Firm - Little Rock
                                                     212 Center Street
                                                     Suite 950
                                                     Little Rock, AR 72201-3641
                                                     (501) 374-7100
                                                     Email: hwallen@allenlawfirmpc.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

Advanced Micro Devices Inc            represented by **Kathlyn Graves**
                                                     Mitchell, Williams, Selig, Gates &
                                                     Woodyard, P.L.L.C. - LR
                                                     425 West Capitol Avenue
                                                     Suite 1800
                                                     Little Rock, AR 72201
                                                     (501) 688-8831
                                                     Email: kgraves@mwsgw.com
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

ATI Technologies Inc                  represented by **Kathlyn Graves**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/2007 |  | (Court only) ***Party ATI Technologies Inc added. (kjp) (Entered: 03/14/2007) |
| 03/14/2007 |  | (Court only) ***Set Magistrate Deere and Jury Flags (kjp) (Entered: 03/14/2007) |
| 03/14/2007 | 1 | CLASS ACTION COMPLAINT with Jury Demand filed by Robert S Harmon against all defendants; Summons were issued and returned to attorney; Filing fee of $350.00 paid, Receipt #LIT005102 (kjp) (Entered: 03/14/2007) |
| 04/02/2007 | 2 | NOTICE of Appearance by Kathlyn Graves on behalf of ATI Technologies Inc, Advanced Micro Devices Inc (Graves, Kathlyn) (Entered: 04/02/2007) |
| 04/02/2007 | 3 | MOTION for Extension of Time to File Answer re 1 Complaint *Stipulation and Unopposed Motion Extending Time to Respond to Complaint* by ATI Technologies Inc, Advanced Micro Devices Inc (Graves, Kathlyn) (Entered: 04/02/2007) |
|  |  |  |

| | | |
|---|---|---|
| 04/03/2007 | 4 | INITIAL SCHEDULING ORDER:Rule 26(f) Conference to occur by 6/8/2007; Rule 26(f) Report due by 6/22/2007; Proposed Jury Trial date set for 7/28/2008 at 09:30 AM in Little Rock, Courtroom #1D, before Judge Susan Webber Wright; Rule 16(b) Conference set for 6/26/2007 at 01:00 PM, if necessary. Signed at Direction of the Court by Sandy Carpenter on 4/3/07. (sjc) (Entered: 04/03/2007) |
| 04/03/2007 | 5 | Corporate Disclosure Statement (Rule 7.1) by Advanced Micro Devices Inc (Graves, Kathlyn) (Entered: 04/03/2007) |
| 04/03/2007 | 6 | Corporate Disclosure Statement (Rule 7.1) by ATI Technologies Inc identifying Advanced Micro Devices, Inc. as Corporate Parent. (Graves, Kathlyn) (Entered: 04/03/2007) |
| 04/04/2007 | 7 | NOTICE of Appearance by H. William Allen on behalf of Nvidia Corporation (Allen, H.) (Entered: 04/04/2007) |
| 04/04/2007 | 8 | Corporate Disclosure Statement (Rule 7.1) by Nvidia Corporation (Allen, H.) (Entered: 04/04/2007) |
| 04/04/2007 | 9 | ORDER granting 3 Unopposed Motion Extending Time to Respond to the Complaint. The time for Nvidia and AMD to respond to the complaint is extended to 30 days after (1) the order resolving the JPML motion, and (2) the filing and service of any subsequent consolidated complaint. Signed by Judge Susan Webber Wright on 4/04/2007. (thd) (Entered: 04/05/2007) |
| 06/04/2007 | 10 | CONDITIONAL TRANSFER ORDER (CTO-1) MDL 07-1827 In re TFT-LCD (Flat Panel) Antitrust Litigation - Case transferred to the Northern District of California, San Francisco Division. (vjt) (Entered: 06/05/2007) |
| 06/04/2007 | | Case transferred to USDC Northern District of California. Copies of docket entries 1 - 9, along with a certified copy of the docket sheet and Transfer Order were forwarded to the Northern District of California electronically, pursuant to their request. (vjt) (Entered: 06/05/2007) |
| 06/04/2007 | | (Court only) ***Set Flags: MDL, TRANSFER OUT (vjt) (Entered: 06/05/2007) |